TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR RECONSIDERATION EN BANC








NO. 03-04-00683-CV






Save Our Springs Alliance, Inc., Appellant


v.


City of Dripping Springs; Todd Purcell, in his Official Capacity as Mayor of the 

City of Dripping Springs; and Mak Foster Ranch, L.P., Appellees






FROM THE DISTRICT COURT OF HAYS COUNTY, 207TH JUDICIAL DISTRICT

NO. 02-1748, HONORABLE JACK H. ROBISON, JUDGE PRESIDING





O R D E R

PER CURIAM

 Save Our Springs Alliance, Inc. has filed a motion for reconsideration en banc. The
motion is denied.

 It is ordered February 12, 2010.



Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton, Waldrop and Henson;

 Dissenting Opinion by Justice Patterson, Joined by Justice Henson